IN the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST Francia M. EVERS, Attorney at Law:

OFFICE OF LAWYER REGULATION, Complainant,

v.

Francia M. EVERS, Respondent.

Supreme Court

*No. 02–2147–D. Opinion Decided July 2, 2003.*

2003 WI 92

(Also reported in 665 N.W.2d 168.)

IT IS ORDERED that the petition for consensual license revocation is granted.

IT IS FURTHER ORDERED that the license of Francia M. Evers to practice law in Wisconsin is revoked effective the date of this order.

IT IS FURTHER ORDERED that Evers shall comply with the requirements of SCR 22.26 relating to activities following revocation.

IT IS FURTHER ORDERED that the pending OLR motion under SCR 22.21(1) seeking temporary suspension of Evers' license is dismissed as moot.

Bradley, J., dissents. *See Disciplinary Proceedings Against Wortley,* 126 Wis. 2d 58, 62, 374 N.W.2d 898 (1985) (revocation by consent can occur "provided the attorney is willing to admit to having engaged in professional misconduct").